a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff, who was employed by the Ault Woolen Company, a tenant on the tenth floor of the defendant's building. On August 31, 1920, about six o'clock P. M., when the employees of the respective tenants were leaving the building she entered the elevator at the tenth floor; others followed her; the elevator operator closed the door which was on the floor of the building; the elevator descended two or three feet; the suspending cable broke and the elevator fell uncontrolled and as dead weight to the bottom of the shaft. Immediately after the fall the counter-weights fell from their guide rails and crashed through the top of the elevator.

*Alfred C. Petté, MacIntosh Kellogg* and *James B. Henney* for appellant.

*Gilbert D. Steiner* and *John C. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

BRIDGET E. HAIGHT, Respondent, *v.* CITY OF LOCKPORT, Appellant, Impleaded with Others.

*Negligence — municipal corporations — obstruction in street — when municipality liable for injuries occasioned from fall over step or plat-. form on sidewalk in front of building.*

Haight v. *City of Lockport,* 199 App. Div. 953, affirmed.

(Argued December 6, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 28, 1921, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. The complaint alleged that defendant, appellant, negligently omitted to keep Main street in the city of Lockport free from obstructions and wrongfully permitted the maintenance of a step or platform on the south sidewalk

of said street against which plaintiff in passing struck her foot causing her to fall and occasioning the injuries complained of.

*Donald S. Moore, Corporation Counsel,* for appellant.
*Frank H. Callan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J. Taking no part: POUND, J.

---

MARY CHARLTON, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*Insurance — action on policy of life insurance — when false representations in application no defense.*

*Charlton* v. *Metropolitan Life Ins. Co.,* 202 App. Div. 757, affirmed. (Argued December 7, 1922; decided January 9, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 1, 1922, affirming a judgment of the City Court of Yonkers in favor of plaintiff entered upon a verdict. The action was to recover upon a policy of life insurance. The defense was that insured had made false statements in his application for insurance. The Appellate Division held that under the provisions of section 58 of the Insurance Law a false representation is not a warranty unless fraudulently made and, a jury having found on conflicting evidence that there was no fraud, plaintiff was entitled to recover.

*Walter F. Wood* for appellant.
*Harry J. Laragh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.